IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| FOREST TIRE & AUTO, LLC | PLAINTIFF |
|---|---|
| VS. | |
| CATLIN SPECIALTY INSURANCE CO., ENGLE MARTIN & ASSOCIATES, RIMKUS CONSULTING GROUP, INC., AND LAWRENCE L. WEDDERSTRAND, P.E. | DEFENDANTS |

### AFFIDAVIT OF
### LAWRENCE L. WEDDERSTRAND

The undersigned, Lawrence L. Wedderstrand, hereby states and certifies the following in connection with the above-styled matter. I am over the age of 18, of sound mind, and have personal knowledge of the facts stated herein.

1. I am a former employee of the Rimkus Consulting Group and a defendant in Plaintiff's Complaint.

2. On or about October 30, 2019, I moved to the State of Colorado, where I now live and reside.

3. From October 30, 2019, through the present, I have maintained my residence in the State of Colorado with the intent to remain a resident in the State of Colorado indefinitely.

Under penalties of perjury, I declare that I have examined this affidavit and it is true, correct and complete.

This the fourth day of February, 2020.

_____
Lawrence L. Wedderstrand

Sworn to and subscribed before me on this the 4 day of February, 2020, after acknowledgment to me that he executed the same in his authorized capacity and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

My Commission Expires:
September 3, 2023

_____
NOTARY PUBLIC

KRISTIN ZAMORA PETERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154035035
MY COMMISSION EXPIRES SEPTEMBER 3, 2023

PD.27915098.1

**EXHIBIT B**