**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**FOREST TIRE & AUTO, LLC**                                                    **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 3:20-cv-72-KHJ-FKB**

**CATLIN SPECIALTY INSURANCE COMPANY;
ENGLE MARTIN & ASSOCIATES, LLC;
RIMKUS CONSULTING GROUP, INC.; and,
LAWRENCE L. WEDDERSTRAND, P.E.**                       **DEFENDANTS**

**NOTICE OF SERVICE OF FOREST TIRE & AUTO, LLC'S
ANSWERS TO CATLIN SPECIALITY INSURANCE CO.'S
FIRST SET OF INTERROGATORIES**

TO:      ALL COUNSEL OF RECORD

Pursuant to the Uniform Local Rules, notice is hereby given that on the date entered below Plaintiff, by and through counsel, has this date served the following discovery device:

(1)      **FOREST TIRE & AUTO, LLC'S ANSWERS TO CATLIN SPECIALTY INSURANCE CO.'S FIRST SET OF INTERROGATORIES**

Pursuant to the Uniform Local Rules, I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.

DATED this the 12th day of January, 2021.

                                                         Respectfully submitted,

                                                         FOREST TIRE & AUTO, LLC

                                                         BY:     */s/Ann R. Chandler*
                                                                       ANN R. CHANDLER

## CERTIFICATE OF SERVICE

I, Ann R. Chandler, do hereby certify that I have this day filed and served a true and correct copy of the above pleading on all counsel of record through this Court's ECF on this the 12th day of January, 2021.

/s/ *Ann R. Chandler*
ANN R. CHANDLER

OF COUNSEL:

ANN R. CHANDLER, MSB# 101519
Email: achandler@prwlaw.com
PITTMAN, ROBERTS & WELSH, PLLC
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187